IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01600-REB-PAC

RANDY YARBROUGH,

    Plaintiff,

v.

DENVER PUBLIC LIBRARY,

    Defendant.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**Patricia A. Coan, United States Magistrate Judge**

    Pending before me are two Motions to Dismiss for Failure to Prosecute - the first filed February 11 [referred on February 14] and the second motion filed on March 10, 2005 [referred on March 11]. The motions have been fully briefed and a hearing on the motions was held on June 28, 2005. I now make the following Recommendation to deny the motions to dismiss.

    Plaintiff is representing himself pro se in this Title VII action for employment discrimination based on race. Plaintiff was discharged from employment with defendant as a Security Supervisor in July of 2003. Defendant answered the complaint on September 28, 2004.[1] Since initiating this action, plaintiff has had difficulties with producing discovery requested by the defendant. Defendant filed its

---

[1] On November 24, 2004, Judge Blackburn entered an order dismissing Rick Ashton, Steve Taylor, and Thomas Scott as defendants in the case.

1

first motion to compel discovery on January 18, which it renewed on January 25, 2005. The latter motion was granted in a hearing before me on February 24, 2005. Defendant filed its first Motion to Dismiss for Failure to Prosecute on February 11, arguing that plaintiff's failure to adequately respond to discovery and follow court [scheduling] orders warranted dismissal of his case. Defendant filed its second Motion to Dismiss for Failure to Prosecute on March 10, 2005, arguing that plaintiff had failed to respond to discovery requests by March 9, despite a court order. Finally, defendant filed a second Motion to Compel Discovery, based on plaintiff's incomplete or inadequate responses to a number if interrogatories. I then set this matter for hearing on June 28, 2005.

Prior to the June 28, 2005 hearing, the parties met and conferred and resolved the defendant's Second Motion to Compel as set forth in the minutes from the hearing. At the hearing, I recommended a denial of defendant's two Motions to Dismiss for Failure to Prosecute, stating that I would allow the plaintiff <u>one final chance</u> to respond to defendant's discovery. <u>Plaintiff was admonished to follow this court's orders and provide the information requested by defendant on or before July 20, 2005, or he will face a Recommendation by the undersigned that the case be dismissed.</u>

Based on the above, it is hereby

**RECOMMENDED** that defendant's two Motions to Dismiss for Failure to Prosecute [filed February 11 and March 10, 2005] be **denied for the reasons stated**

**on the record at the June 28, 2005 hearing, including, but not limited to, plaintiff's agreement to comply with discovery requests and further litigate his case.**

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district court judge shall make a determination of those portions of the proposed findings or specified recommendation to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated this 7th day of July, 2005.

                                                    BY THE COURT:

                                                   s/ Patricia A. Coan
                                                   PATRICIA A. COAN
                                                   United States Magistrate Judge