IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01600-REB-PAC

RANDY YARBROUGH,

      Plaintiff(s),

v.

DENVER PUBLIC LIBRARY,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Defendant's Motion to Hold in Abeyance or, in the Alternative, for an Extension of Time to File Dispositive Motion [filed July 28, 2005, doc. 59] is **GRANTED** in part and **DENIED** in part as follows:

      The August 9, 2005 dispositive motions deadline is VACATED, and the Final Pretrial Conference scheduled for September 22, 2005 is VACATED until further order of the Court.

Dated:  August 4, 2005