**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-RB-1600 (PAC)

RANDY YARBROUGH,

    Plaintiff,

v.

DENVER PUBLIC LIBRARY,
RICK ASHTON (City Librarian),
STEVE TAYLOR (Finance Director), and
THOMAS SCOTT (Security Manager),

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the Recommendation of the United States Magistrate Judge [#57], filed July 8, 2005. The Magistrate Judge recommends that the defendant's two motions to dismiss for lack of prosecution [#s 30 & 34], filed February 11 and March 10, 2005, be denied.

    Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Neither the plaintiff nor the defendant have filed any objections to the recommendation. Absent objections to the recommendation, the court is vested with discretion to review the recommendation under any standard the court deems to be appropriate. **See,**

*e.g., Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).  If the parties properly have been notified of their right to object to the recommendation but have not filed an objection, issues addressed in the recommendation and an order adopting the recommendation still may be reviewed on appeal if the court of appeals concludes that the "interest of justice" requires review.  *Morales-Fernandez v. INS*, ___ F.3d ___, ____, No. 03-1111, slip op. at 11 (10th Cir. August 9, 2005).

In this case, the recommendation is detailed and well-reasoned.  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1.  That the Recommendation of the United States Magistrate Judge [# 57], filed July 8, 2005, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the defendant's motion to dismiss for lack of prosecution [# 30], filed February 11, 2005, is **DENIED**; and

3.  That the defendant's motion to dismiss for lack of prosecution [#34], filed March 10, 2005, is **DENIED**.

Dated August 11, 2005, at Denver, Colorado.

BY THE COURT:

s Robert E. Blackburn
Robert E. Blackburn
United States District Judge