**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01600-REB-PAC

RANDY YARBROUGH,

    Plaintiff,

v.

DENVER PUBLIC LIBRARY,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiff's Motion for Summary Judgment [#79], filed on April 11, 2006, is DENIED.  This case was dismissed on March 9, 2006 [#74].

Dated: April 11, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.